

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00288-CR

| | |
|---|---|
| DAVID ANTHONY TRIPOLONE, Appellant | § On Appeal from the 371st District Court |
| | § of Tarrant County (1606038) |
| | § August 1, 2024 |
| V. | § Memorandum Opinion by Justice Kerr |
| THE STATE OF TEXAS | § (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The trial court's judgment is modified to delete and replace "PARAGRAPH(S) ONE AND TWO" in the trial court's findings with "PARAGRAPH TWO." It is ordered that the trial court's judgment is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr